IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHOLONDRELL TAYLOR, BOP ID # 67291-019,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Criminal Action No. 1:15-CR-369-LMM

CIVIL ACTION NO.
1:17-CV-~~1772~~ 1814 -LMM-JKL

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [27]. No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. Petitioner's § 2255 motion is **DENIED**. The Court further **DENIES** a certificate of appealability.

**IT IS SO ORDERED** this 2nd day of February, 2018.

_____
**Leigh Martin May**
**United States District Judge**